IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER CHARLES BULLETTI,  )
            Petitioner,  )  No. C 05-3475 JSW (PR)
  v.  )  **ORDER DISMISSING PETITION AND DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*
A.P. KANE, et al.,  )
            Respondents.  )  (Docket no. 2)
_____ )

      Petitioner, a state prisoner incarcerated at Soledad Correctional Training Facility, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Southern District of California. The petition and Petitioner's motion to proceed *in forma pauperis* were transferred to this Court on August 26, 2005. On September 22, 2005, the Clerk of Court assigned a second case number for this petition, C05-3836 JSW (PR), which is administratively closed by separate order. Petitioner paid the filing fee on September 30, 2005. His motion to proceed *in forma pauperis* is therefore DENIED as moot (docket no. 2).

      Petitioner previously filed a petition for writ of habeas corpus in this Court on April 21, 2004 (C04-1552 JSW (PR)). On November 17, 2004, the Court dismissed that petition as untimely.

      In the present petition, Petitioner claims that his incarceration has hindered his ability to effectively file personal injury actions. However, Petitioner's claims do not involve the fact or duration of his confinement, hence they are not the proper subject of a habeas action. *See Crawford v. Bell*, 599 F.2d 890, 891-92 (9th Cir. 1979). In fact, Petitioner states that his "civil action for personal injury against Black & Decker (U.S.)

1  Inc./Home Depot U.S.A. Inc. is not related in any way to Petitioner's criminal
2  conviction." (Pet., 6.B.)  This case is therefore DISMISSED without prejudice for failure
3  to state a cognizable claim for habeas relief.  The Clerk shall close the file and enter
4  judgment.
5      IT IS SO ORDERED.
6  DATED:  November 28, 2005            _____
                                                       JEFFREY S. WHITE
                                                       United States District Judge